**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**ANDRE M. DAVIS**<br>**UNITED STATES DISTRICT JUDGE** | **U.S. COURTHOUSE**<br>**101 W. LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-0801**<br>**FAX (410) 962-0820**<br>**MDDAMDChambers@mdd.uscourts.gov** |

July 20, 2006

MEMORANDUM TO COUNSEL RE:

Turner v. Adaltis, Inc.
Civil No. AMD 06-561

    I have reviewed plaintiff's response to the show cause order issued in this case on July 12, 2006.

    I am not persuaded that plaintiff has pursued service of process with the diligence which the circumstances, including the background of the related litigation in Case No. AMD 04-1227, require. Indeed, plaintiff admits that present counsel for the defendant in that case will likely represent the foreign parties joined here, and thus plaintiff had ready access to notice whether defendants here would waive service of process. Yet, plaintiff took no action, even after the expiration of the 60 day period allowed, until after the show cause order issued, properly to serve the defendants.

    Accordingly, an Order dismissing this case without prejudice follows. I will issue a formal scheduling order in case AMD 04-1227 forthwith.

Very truly yours,

/s/

Andre M. Davis
United States District Judge

AMD:tt